SAMUEL ROTHMAN v. WM. J. OBERDORFER, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT DOMMER.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BASIL RICCIARDI.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL MOGIN v. CELIA MOGIN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BUCKINGHAM OPERATING CORPORATION v. ALPHONSE G. KAUFMAN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MEYER PERLMUTTER v. PAUL MANDEL.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SIDNEY GLASSMAN v. MICHAEL ROSENTRAUB.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD J. FILLS v. IRWIN CLASSICS, INC., and RED SEAL PICTURES CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IDA DUDLEY v. WILLIAM E. WIENER, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX ABRAMS v. BURMORE REALTY CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SCHOONMAKER-CONNERS COMPANY, INC., v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEWIS J. STERN v. ANNA COBLEIGH O'BOYLE, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LAWRENCE CHAMBERLAIN & CO., INC., v. JOHN T. DILLON, JR., and Others, Impleaded with JOHN T. DILLON, SR.— Motion denied, with ten dollars costs, and the time of the defendant John T. Dillon, Sr., to answer the complaint extended until twenty days after service of order with notice of entry thereof. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GOLDIE ALPERT v. FREDERICK WESTPHAL, JR., and Others. BARNET ALPERT v. FREDERICK WESTPHAL, JR., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY B. MESSENGER and Another v. HOGAN-LEVINE CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY v. HARRIET C. COOGAN. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.